# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0434
LT Case Nos. 2018-CF-025150-A
2018-CF-023480-A
2018-CF-023196-A

_____

ANTONIO GILES,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Brevard County.
Tesha Scolaro Ballou, Judge.

Matthew J. Metz, Public Defender, and Teresa D. Sutton,
Assistant Public Defender, Daytona Beach, for Appellant.

No Appearance for Appellee.


December 6, 2024


PER CURIAM.

   In this *Anders**\** appeal, upon independent review of the record,
we affirm. *See State v. Causey*, 503 So. 2d 321 (Fla. 1987).

_____

   \* *Anders v. California*, 386 U.S. 738 (1967).

However, we remand for the trial court to enter a written order reflecting its oral revocation of probation and the conditions of probation that the trial court found Appellant to have violated. *See Mitchell v. State*, 238 So. 3d 386, 386–87 (Fla. 3d DCA 2018); *Barta v. State*, 678 So. 2d 923, 924 (Fla. 5th DCA 1996); *Jones v. State*, 638 So. 2d 126, 127 (Fla. 1st DCA 1994).

AFFIRMED; REMANDED with directions.

SOUD, MACIVER, and PRATT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____